Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
  kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A. improperly named as Wells Fargo Home Mortgage and America's Servicing Company, a division of Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEELE J. WENIGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., a national banking association, doing business as AMERICA'S SERVICING COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.. a foreign corporation,<br><br>Defendants. | Case No. 2:15-cv-02092-RCJ-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO ANSWER**<br><br>**(FIRST REQUEST)** |

Plaintiff Steele J. Weniger, by and through his attorneys, Law Office of Kevin L. Hernandez and Defendant Wells Fargo Bank, N.A. improperly named as Wells Fargo Home Mortgage and America's Servicing Company, a division of Wells Fargo Bank, N.A. ("Wells Fargo"), by and through its attorneys, the law firm of Snell & Wilmer L.L.P., hereby stipulate to extend the time for Wells Fargo to respond to Plaintiff's Complaint.

WHEREAS, on November 2, 2015, Plaintiff filed his Complaint in the District of Nevada.

///

1   WHEREAS, Wells Fargo was served with the Complaint on November 4, 2015, making
2   its response due November 25, 2015;

3   WHEREAS, the Parties stipulated to extend Wells Fargo's time to respond to Plaintiff's
4   Complaint to December 16, 2015;

5   WHEREAS, the Parties agree to extend Wells Fargo's time to consider potential
6   resolution of this matter;

7   WHEREAS this request is not made for purposes of delay and is supported by good cause;

8   NOW, THEREFORE, in consideration of the foregoing, and for good cause, IT IS
9   HEREBY STIPULATED AND AGREED, by and between the Parties as follows:

10   1.   Wells Fargo will respond to Plaintiff's Complaint on or before December 16,
11   2015.

**IT IS SO STIPULATED.**

DATED this 24th day of November, 2015.           DATED this 24th day of November, 2015.

LAW OFFICE OF KEVIN L. HERNANDEZ           SNELL & WILMER L.L.P.


By: /s/ Kevin L. Hernandez                                By: /s/ Karl O. Riley
    Kevin L. Hernandez                                    Jeffrey Willis, Esq.
    Nevada Bar No. 12594                                 Nevada Bar No. 4797
    2979 St. Rose Parkway, Suite 130A              Karl O. Riley, Esq.
    Henderson, NV 89052                                    Nevada Bar No. 12077
    Tel: (702) 563-4450                                         3883 Howard Hughes Parkway, Suite 1100
                                                                           Las Vegas, Nevada 89169
    *Attorneys for Plaintiff*                                     Tel: (702) 784-5200
                                                                           *Attorneys for Defendant Wells Fargo Bank,*
                                                                           *N.A. improperly named as Wells Fargo*
                                                                           *Home Mortgage and America's Servicing*
                                                                           *Company, a division of Wells Fargo Bank,*
                                                                           *N.A.*

## **ORDER**

**IT IS ORDERED THAT** Wells Fargo shall respond to Plaintiff's Complaint on or before December 16, 2015.

**IT IS SO ORDERED.**

DATED: November 25, 2015

_____
UNITED STATES MAGISTRATE JUDGE

22982086.1