Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
**LAW OFFICE OF KEVIN L. HERNANDEZ**
2879 St. Rose Parkway, Suite 130A
Henderson, NV  89052
P: (702) 563-4450
F: (702) 552-0408
kevin@kevinhernandezlaw.com
*Attorney for plaintiff*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEELE J. WENIGER, an individual;<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., a national banking association, doing business as AMERICA'S SERVICING COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC., a foreign corporation;<br><br>Defendants. | Case No.:   2:15-cv-02092-RCJ-CWH<br><br>**STIPULATION AND ORDER FOR DISMISSAL OF EXPERIAN INFORMATION SOLUTIONS, INC. WITH PREJUDICE** |

**WHEREAS** plaintiff, Steele J. Weniger, and defendant Experian Information Solutions, Inc. ("Experian") (collectively referred to as "Parties") have executed a settlement agreement which fully and finally resolves all claims, disputes, and differences between the Parties;

///
///
///
///
///
///
///
///

**IT IS HEREBY JOINTLY STIPULATED AND AGREED** by the Parties, by and through their respective attorneys of record, and subject to the court's approval, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the above-captioned matter is hereby dismissed with prejudice as to Experian, with each party bearing their own attorneys' fees and costs incurred herein.

RESPECTFULLY SUBMITTED.

DATED this 2nd day of February, 2016.                    DATED this 2nd day of February, 2016.

**LAW OFFICE OF**                                                         **MAUPIN NAYLOR BRASTER**
**KEVIN L. HERNANDEZ**

*/s/ Kevin L. Hernandez*                                                 */s/ Jennifer L. Braster*
Kevin L. Hernandez, Esq.                                            Jennifer L. Braster, Esq.
Nevada Bar No. 12594                                                 Nevada Bar No. 9982
2879 St. Rose Parkway, Suite 130A                          1050 Indigo Drive, Suite 112
Henderson, NV 89052                                                  Las Vegas, Nevada 89145
*Attorneys for plaintiff*                                                 *Attorneys for Experian Information Solutions, Inc.*

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.

Pursuant to the stipulation of the Parties under FRCP 41(a), defendant Experian shall be dismissed with prejudice, and each party shall bear their own attorneys' fees and costs.

**IT IS SO ORDERED**:

_____
UNITED STATES DISTRICT JUDGE

DATED: __February 3, 2016._____

Law Office of Kevin L. Hernandez
2879 St. Rose Parkway, Suite 130A
Henderson, Nevada 89052
(702) 563-4450  FAX: (702) 552-0408