Jeffrey Willis, Esq.
Nevada Bar No. 4797
Karl O. Riley, Esq.
Nevada Bar No. 12077
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV  89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: jwillis@swlaw.com
         kriley@swlaw.com

*Attorneys for Defendant Wells Fargo Bank, N.A. improperly named as Wells Fargo Home Mortgage and America's Servicing Company, a division of Wells Fargo Bank, N.A.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| STEELE J. WENIGER, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., a national banking association, doing business as AMERICA'S SERVICING COMPANY; EXPERIAN INFORMATION SOLUTIONS, INC.. a foreign corporation,<br><br>Defendants. | Case No. 2:15-cv-02092-RCJ-CWH<br><br>**STIPULATION AND ORDER TO DISMISS WELLS FARGO BANK, N.A. WITH PREJUDICE** |

It is hereby stipulated by and between Plaintiff Steele J. Weniger and Defendant Wells Fargo Bank, N.A. improperly named as Wells Fargo Home Mortgage and America's Servicing Company, a division of Wells Fargo Bank, N.A. ("Wells Fargo"), by and through their attorneys, as follows:

///

///

1. Defendant Wells Fargo shall be dismissed from this case, with prejudice;

2. Those parties shall bear their own attorneys' fees and costs associated with this action.

**IT IS SO STIPULATED.**

DATED July 11, 2016.                                         DATED July 11, 2016.

LAW OFFICE OF KEVIN L. HERNANDEZ          SNELL & WILMER L.L.P.

By: /s/ Kevin L. Hernandez                                    By: /s/ Karl O. Riley
Kevin L. Hernandez                                            Jeffrey Willis, Esq.
Nevada Bar No. 12594                                          Nevada Bar No. 4797
9555 S. Eastern Ave., Suite 220A                              Karl O. Riley, Esq.
Las Vegas, NV 89123                                           Nevada Bar No. 12077
Tel: (702) 563-4450                                           3883 Howard Hughes Parkway, Suite 1100
                                                              Las Vegas, Nevada 89169
*Attorneys for Plaintiff*                                     Tel: (702) 784-5200
                                                              *Attorneys for Defendant Wells Fargo Bank, N.A. improperly named as Wells Fargo Home Mortgage and America's Servicing Company, a division of Wells Fargo Bank, N.A.*

**ORDER**

**IT IS ORDERED THAT Defendant Wells Fargo Bank, N.A. is dismissed from this action, with prejudice, each party to bear their own fees and costs.**

DATED: July 12, 2016.

_____
UNITED STATES DISTRICT JUDGE

24452311.2